UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE:  JOHN R. BROWN, JR.                                                                     CASE NO.: 17-
        STEPHANIE RENEE BROWN

## CHAPTER 13 PLAN

**I.** Debtors propose to pay by payroll deduction into the Chapter 13 Plan monthly payments of $700 for six (6) months, then $1,395 for fifty-four (54) months, for a total of sixty (60) months.

**II.** Claims to be paid directly by debtor.

| | **Estimated Balance Due** | **Monthly Payment** |
|---|---|---|
| **Chevy Chase Federal Savings Bank (1st Mortgage) collateral- house & lot located at 272 Keller Road, Dry Prong, LA** | $78,644.00 | $1,053.01 |

**III.** Claims to be paid by Trustee.

**A. ATTORNEY AND ADMINISTRATIVE FEES.** Thomas C. McBride, LLC shall receive attorney and administrative fees of $3,200. The Trustee shall receive fees of approximately 10% of plan payments.

**B. SECURED CLAIMS.** Secured claims listed below will be paid as indicated below and prior to claims of lower priority indicated below.

1. **Real Property:**

   Chevy Chase Federal Savings Bank (1st Mortgage): collateral - house & lot located at 272 Keller Road, Dry Prong, LA; estimated pre-petition arrears of $8,000. As adequate protection, Chevy Chase Federal Savings Bank shall be paid $25 per month until the debtor's attorney fees are paid in full.

   Chevy Chase Federal Savings Bank (2nd Mortgage): collateral - house & lot located at 272 Keller Road, Dry Prong, LA; estimated secured claim of $29,500 to be paid with interest at 3.25%. As adequate protection, Chevy Chase Federal Savings Bank shall be paid $25 per month until the debtor's attorney fees are paid in full.

2. **Personal Property:**

   Ford Motor Credit: collateral - 2016 Ford Fusion; estimated secured claim of $24,000 to be paid with interest at 6%. As adequate protection, Ford Motor Credit shall be paid $25 per month until the debtor's attorney fees are paid in full.

**C. PRIORITY OR SPECIAL CLASS CLAIMS.** After secured claims, the priority claims listed below will be paid prior to all claims of lower priority indicated below: **None**

**D. GENERAL UNSECURED CLAIMS.** Unless listed above, all other claims: (1) listed on Schedule F as unsecured; (2) listed on Schedules D and E as undersecured; or (3) any general unsecured claim filed before the bar date to which no objection is filed, will be treated as General Unsecured Claims and will receive a minimum of 100% of the claims.

Respectfully submitted this 24th day of January, 2017.

**McBride Law Firm**

 /s/Thomas C. McBride
By: Thomas C. McBride, (#09210)
  tom@tommcbridelaw.com
  Kathryn A. Wiley (#33672)
  kathryn@tommcbridelaw.com
  Thomas C. McBride, LLC
  McBride Law Firm
  301 Jackson Street, Suite 101
  Alexandria, LA 71301
  Telephone (318) 445-8800
  Facsimile (318) 445-8066